# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                         CASE NO: 6:19CR60008-001

JARRAD OMAR LOCK                                                                          DEFENDANT

## ORDER OF DETENTION

The Defendant appeared for arraignment on an Indictment filed in this case on 3/14/2019. The Government made an oral Motion for Detention. The Court explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant waived the right to an immediate detention hearing, but reserved the right to a hearing on the issue of detention should Defendant's circumstances change. Defendant's counsel should notify the Court when this matter is ready for a detention hearing.

**IT IS THEREFORE ORDERED**, the Defendant is detained pursuant to 18 U.S.C. § 3142(a)(4) and remanded to the custody of the U. S. Marshal for all further proceedings, including consideration of pretrial release on request of the Defendant.

SIGNED this 26th day of March, 2019.

/s/  Barry A. Bryant
UNITED STATES MAGISTRATE JUDGE